Snyder v. Free.

102 325
107 480,
102 325
110 208
53a 185
102 325
59a 334
102 325
148 335

SNYDER, *Appellant*, v. FREE *et al.*

**Practice in Supreme Court**: DISMISSAL OF APPEAL.  An appeal will be dismissed where the appellant fails to file a clear and concise statement of the case, as required by Revised Statutes, 1879, section 3773.

*Appeal from   Clinton   Circuit   Court.*—HON.   J.   M. SANDUSKY, Judge.

APPEAL DISMISSED.

*John J. McAnaw* for appellant.

*Wm. Henry* and *Joel A. Trice* for respondents.

SHERWOOD,   J.—For  failure  to  comply  with  the statute, section 3773, Revised Statutes, 1879, by filing " a clear and concise statement of the case," we dismiss this  appeal,  as  has  been  done  in  a  number  of  cases heretofore.   *Ebersole v. Rankin*, and cas. cit., April term, 1890 ; *Coleman v. Farrar*, decided at present term.   All concur.